No. 91–1618.  VOINOVICH, GOVERNOR OF OHIO, ET AL. v. QUILTER, SPEAKER PRO TEMPORE OF OHIO HOUSE OF REPRE-

SENTATIVES, ET AL. Appeal from D. C. N. D. Ohio. Probable jurisdiction noted.